CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 MAY 13 PM 4: 36

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 5-20CR0055-H |
| v. | |
| XAVIER CENOBIO GUTIERREZ | |

INDICTMENT

The Grand Jury Charges:

Count One
Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. § 1470)

From in or about December 2019, to in or about January 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Xavier Cenobio Gutierrez**, defendant, knowingly used a facility and means of interstate and foreign commerce, and transferred, and attempted to transfer, to another individual who had not attained the age of sixteen years, obscene matter, that is: Defendant sent one digital image file depicting an adult male engaged in lascivious exhibition of the genitals and pubic area of the adult male to a person Defendant knew and believed to be a minor female who had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

**Xavier Cenobio Gutierrez**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
Email: Callie.Woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

XAVIER CENOBIO GUTIERREZ

INDICTMENT

COUNT 1: TRANSFER OF OBSCENE MATERIAL TO A MINOR
Title 18, United States Code, Section 1470.

(1 COUNT)

A true bill rendered,

Lubbock _____ _____ Foreperson

Filed in open court this 13th day of May, A.D. 2020.

_____ Clerk

ARREST WARRANT TO ISSUE

UNITED STATES MAGISTRATE JUDGE